**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State,                                    Respondent,

v.

Cornell D. Tyler,                             Appellant.

———————

Appeal From Aiken County
Clifton Newman, Circuit Court Judge

———————

Unpublished Opinion No. 2012-UP-448
Submitted May 1, 2012 – Filed July 18, 2012

———————

**APPEAL DISMISSED**

———————

Senior Appellate Defender Joseph L. Savitz III, of Columbia, and Cornell D. Tyler, pro se, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Donald J. Zelenka, all of

Columbia; and Solicitor J. Strom Thurmond Jr., of Aiken, for Respondent.


**PER CURIAM:** Cornell D. Tyler appeals his convictions for murder, assault and battery with intent to kill, and possession of a weapon during the commission of a violent crime, arguing the trial court erred in neglecting to instruct the jury on the defense of alibi. Additionally, Tyler filed a pro se brief. After a thorough review of the record and all briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.